| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Gregory Lee Schroeder |
| Debtor 2 (Spouse, if filing) | Sarah Jean Schroeder; fka Sarah Jean White |
| United States Bankruptcy Court for the: | Eastern District of Michigan |
| Case number | 20-30611-jda |

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of BKPL-EG Holding Trust

**Court claim no.** (if known): 17-2

**Last 4 digits** of any number you use to identify the debtor's account: 0 4 6 8

**Date of payment change:**
Must be at least 21 days after date of this notice: 11/01/2021

**New total payment:** $ 710.63
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: Escrow Analysis was calculated on 10/11/2021 and the Letter will be available 10/12/2021

   Current escrow payment: $ 296.29         New escrow payment: $ 196.44

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %         New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1          Notice of Mortgage Payment Change          page 1

Debtor 1 <u>Gregory Lee Schroeder</u>　　　　Case number (if known) <u>20-30611-jda</u>
　　　　　First Name　　Middle Name　　Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Molly Slutsky Simons　　　　　　　　　　　Date  10/11/2021
　Signature

Print:　**Molly Slutsky Simons**　　　　　　　　　Title  Attorney for Creditor
　　　　First Name　Middle Name　Last Name

Company　Sottile & Barile, Attorneys at Law

Address　394 Wards Corner Road, Suite 180
　　　　　Number　　Street

　　　　　Loveland　　　　　　　　OH　　45140
　　　　　City　　　　　　　　　State　ZIP Code

Contact phone  513-444-4100　　　　　　　　　Email  bankruptcy@sottileandbarile.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# FLINT DIVISION

In Re:  Case No. 20-30611-jda

Gregory Lee Schroeder
Sarah Jean Schroeder
 *fka* Sarah Jean White

Chapter 13

Debtors.  Judge Joel D. Applebaum

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Notice of Mortgage Payment Change has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on October 11, 2021 to the following:

Gregory Lee Schroeder, Debtor
3404 W. Frances Road
Clio, MI 48420

Sarah Jean Schroeder, Debtor
3404 W. Frances Road
Clio, MI 48420

Corey M. Carpenter, Debtors' Counsel
coreycarpenter@mycarpenterlaw.com

Carl Bekofske, Chapter 13 Trustee
ecf@flint13.com

United States Trustee's Office
(registeredaddress)@usdoj.gov

        Respectfully Submitted,

        /s/ Molly Slutsky Simons
        Molly Slutsky Simons (OH 0083702)
        Sottile & Barile, Attorneys at Law
        394 Wards Corner Road, Suite 180
        Loveland, OH 45140
        Phone: 513.444.4100
        Email: bankruptcy@sottileandbarile.com
        Attorney for Creditor